UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL A. LENTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03938-TAB-TWP |
| | ) | |
| MARION COUNTY SHERIFF'S OFFICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court having made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by his complaint and this action is dismissed.

Date: 5/1/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Tara Lynn Gerber
City of Indianapolis
tara.gerber@indy.gov

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@tlawindy.com

Anthony W. Overholt
FROST BROWN TODD LLC (Indianapolis)
aoverholt@fbtlaw.com

William E. Winingham
WILSON KEHOE & WININGHAM
winingham@wkw.com